# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

----------------------------------------------------------------X

|  |  |  |
|---|---|---|
| BROADCAST MUSIC, INC.; BEECHWOOD MUSIC CORPORATION; UNIVERSAL–SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; BOCEPHUS MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ ATV TREE PUBLISHING; UNIVERSAL-DUCHESS MUSIC CORPORATION; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; ABKCO MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONY/ATV SONGS LLC; MANN AND WEIL SONGS, INC.; GLITTERFISH MUSIC, INC.; MOSAIC MUSIC PUBLISHING LLC d/b/a MOSAIC MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; STEPHANIE NICKS, an Individual d/b/a WELSH WITCH MUSIC; HAROLD L. BYNUM d/b/a ANDITE INVASION; COMBINE MUSIC, CORP.; FANTASY, INC. d/b/a JONDORA MUSIC; STEVE HARWELL, GREGORY CAMP, PAUL DELISLE and KEVIN IANNELLO d/b/a SQUISH MOTH MUSIC; BRUCE BEN ROBISON, an Individual d/b/a BRUCE ROBISON MUSIC; CARNIVAL MUSIC COMPANY, TENNESSEE CORPORATION d/b/a TILTAWHIRL MUSIC; MARK EUGENE NESLER, an Individual d/b/a BUNA BOY MUSIC; TOM C. SHAPIRO, an Individual d/b/a WENONGA MUSIC; BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG MUSIC; TOBY KEITH COVEL, an Individual d/b/a TOKECO TUNES; JEFFREY R. HANNA, an Individual d/b/a JEFF DIGGS MUSIC; CAREERS-BMG MUSIC PUBLISHING, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:<br><br>**COMPLAINT** |
| Plaintiffs, | ) |  |

v.                                      )
                                        )
THOMAS WETHERALD, an Individual         )
d/b/a THE BARN,                         )
                                        )
                    Defendant.          )
                                        )
------------------------------------------------------------X

     Plaintiffs, by their attorneys, for their Complaint against Defendant, allege as follows:

### JURISDICTION AND VENUE

     1.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").   This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

     2.  Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

     3.  Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 320 West 57th Street, New York, New York 10019.  BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

     4.  The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed.R.Civ.P. 17(a) and 19(a).

     5. Upon information and belief, Defendant Thomas Wetherald, operates, maintains and

2

controls an establishment known as The Barn (the "Establishment"), located at 1200 S. French

Avenue, Sanford, FL 32771, in this district. In connection with the operation of this business,

Defendant publicly performs musical compositions and/or causes musical compositions to be

publicly performed.

## CLAIMS OF COPYRIGHT INFRINGEMENT

6.  Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1

through 5.

7.  Plaintiffs allege twenty-six (26) claims of copyright infringement, based upon

Defendant's unauthorized public performance of musical compositions from the BMI

repertoire. All of the claims for copyright infringement joined in this Complaint are governed

by the same legal rules and involve similar facts. Joinder of these claims will promote the

convenient administration of justice and will avoid a multiplicity of separate, similar actions

against Defendant.

8.  Annexed as the Schedule and incorporated herein is a list identifying some of the

many musical compositions whose copyrights were infringed by Defendant. The Schedule

contains information on the twenty-six (26) claims of copyright infringement at issue in this

action. Each numbered claim has the following eight lines of information: Line 1 providing the

claim number; Line 2 listing the title of the musical composition related to that claim; Line 3

identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the

musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5

providing the date on which the copyright registration was issued for the musical composition;

Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the name of the establishment where the infringement occurred (all references to "Lines" are to lines on the Schedule).

9. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

10. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

11. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

12. On the dates listed on Line 7, Defendant performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of The Barn without a license or permission to do so. Thus, Defendant has committed copyright infringement.

13. Defendant performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of The Barn, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

4

14.  The specific acts of copyright infringement alleged, as well as Defendant's entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI repertoire at The Barn, Defendant threatens to continue committing copyright infringement.  Unless this Court restrains Defendant from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(I)   Defendant, his agents, servants, employees, and all persons acting under his permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendant be ordered to pay statutory damages per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(III) Defendant be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.

Dated: September 29, 2005

By:     s/ Frank R. Jakes
        Frank R. Jakes, Esq.
        Johnson, Pope, Bokor,
            Ruppel & Burns, PA
        403 East Madison Street, Suite 400
        Tampa, FL  33602
        813-225-2500
        Attorney for Plaintiffs

07802/97390

5

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Another One Bites The Dust |
| Line 3 | Writer(s) | John Deacon |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 7/3/80 |
| Line 6 | Registration No(s). | PA 73-494 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Cajun Baby |
| Line 3 | Writer(s) | Hank Williams; Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 4/21/69 |
| Line 6 | Registration No(s). | Ep 257784 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Family Tradition |
| Line 3 | Writer(s) | Hank Williams, Jr. |
| Line 4 | Publisher Plaintiff(s) | Bocephus Music, Inc. |
| Line 5 | Date(s) of Registration | 2/8/79 |
| Line 6 | Registration No(s). | PA 32-171 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Fireman a/k/a The Fireman |
| Line 3 | Writer(s) | Willard Mack Vickery a/k/a Mack Vickery; Clarence Wayne Kemp a/k/a Wayne Kemp |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 2/6/84 |
| Line 6 | Registration No(s). | PA 205-253 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 6 |
|--------|-----------|---|
| Line 2 | Musical Composition | Gimme Three Steps |
| Line 3 | Writer(s) | Allen Collins; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Universal - Duchess Music Corporation; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 10/1/73    4/6/77 |
| Line 6 | Registration No(s). | Eu 448562   Ep 372687 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 7 |
|--------|-----------|---|
| Line 2 | Musical Composition | Honky Tonk Women |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 7/6/70  7/10/69 |
| Line 6 | Registration No(s). | Ep 274903  Eu  125715 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 8 |
|--------|-----------|---|
| Line 2 | Musical Composition | Joy To The World |
| Line 3 | Writer(s) | Hoyt Axton |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 11/20/70    4/12/71 |
| Line 6 | Registration No(s). | Eu 218428  Ep 284915 |
| Line 7 | Date(s) of Infringement | 3/12/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 9 |
|--------|-----------|---|
| Line 2 | Musical Composition | Just Once |
| Line 3 | Writer(s) | Barry Mann; Cynthia Weil |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Mann And Weil Songs, Inc. |
| Line 5 | Date(s) of Registration | 1/9/81          4/6/81 |
| Line 6 | Registration No(s). | PAu 260-192   PA 105-965 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 10 |
|--------|-----------|----|
| Line 2 | Musical Composition | Just To See You Smile |
| Line 3 | Writer(s) | Mark Eugene Nesler; Anthony Jerome Martin |
| Line 4 | Publisher Plaintiff(s) | Glitterfish Music, Inc.; Mosaic Music Publishing LLC d/b/a Mosaic Music; Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 7/28/97 |
| Line 6 | Registration No(s). | PA 852-830 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 11 |
|--------|-----------|----|
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 12 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Lady Down On Love |
| Line 3 | Writer(s) | Randy Owen |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 11/18/81 |
| Line 6 | Registration No(s). | PA 127-465 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 13 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 14 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Lucille |
| Line 3 | Writer(s) | Roger Bowling; Hal Bynum |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Harold L. Bynum a/k/a Hal Bynum d/b/a Andite Invasion |
| Line 5 | Date(s) of Registration | 8/27/76 |
| Line 6 | Registration No(s). | Ep 356988 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 15 |
| Line 2 | Musical Composition | Me And Bobby McGee |
| Line 3 | Writer(s) | Kris Kristofferson; Fred Foster |
| Line 4 | Publisher Plaintiff(s) | Combine Music Corp. |
| Line 5 | Date(s) of Registration | 7/18/69 |
| Line 6 | Registration No(s). | Ep 260746 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 16 |
| Line 2 | Musical Composition | Mountain Music |
| Line 3 | Writer(s) | Randy Owen |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 12/31/80 |
| Line 6 | Registration No(s). | PA 90-303 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 17 |
| Line 2 | Musical Composition | Proud Mary |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/27/68    7/11/69 |
| Line 6 | Registration No(s). | Eu 91333    Ep 260526 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 18 |
| Line 2 | Musical Composition | Walkin' After Midnight |
| Line 3 | Writer(s) | Don Hecht; Allen Block |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 1/18/84 |
| Line 6 | Registration No(s). | RE 197-554 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 19 |
| Line 2 | Musical Composition | Whiskey Ain't Workin' a/k/a The Whiskey Ain't Workin' |
| Line 3 | Writer(s) | Ronny Scaife; Marty Stuart |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 2/11/91 |
| Line 6 | Registration No(s). | PA 505-747 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 20 |
| Line 2 | Musical Composition | Workin' Man Blues |
| Line 3 | Writer(s) | Merle Haggard |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 6/9/69     12/28/71 |
| Line 6 | Registration No(s). | Eu 119972   Ep 294777 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 21 |
| Line 2 | Musical Composition | All Star |
| Line 3 | Writer(s) | Greg Camp |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Steve Harwell, Gregory Camp, Paul Delisle and Kevin Iannello d/b/a Squish Moth Music |
| Line 5 | Date(s) of Registration | 10/25/99 |
| Line 6 | Registration No(s). | PA 960-262 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 22 |
| Line 2 | Musical Composition | Angry All The Time |
| Line 3 | Writer(s) | Bruce Robison |
| Line 4 | Publisher Plaintiff(s) | Bruce Ben Robison, an individual d/b/a Bruce Robison Music; Carnival Music Company, a Tennessee corporation d/b/a Tiltawhirl Music |
| Line 5 | Date(s) of Registration | 4/30/99 |
| Line 6 | Registration No(s). | PA 952-921 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | The Barn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 23 |
| Line 2 | Musical Composition | I Miss My Friend |
| Line 3 | Writer(s) | Anthony Jerome Martin; Mark Nesler; Tom Curtis Shapiro |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Glitterfish Music Inc.; Mosaic Music Publishing LLC d/b/a Mosaic Music; Mark Eugene Nesler, an individual d/b/a Buna Boy Music; Tom C. Shapiro, an individual d/b/a Wenonga Music |
| Line 5 | Date(s) of Registration | 3/27/00 |
| Line 6 | Registration No(s). | PAu 2-485-678 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 24 |
|---|---|---|
| Line 2 | Musical Composition | No Shoes No Shirt No Problems a/k/a No Shoes No Shirt (No Problems) |
| Line 3 | Writer(s) | Casey Beathard |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 6/26/02 |
| Line 6 | Registration No(s). | PA 1-088-629 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 25 |
|---|---|---|
| Line 2 | Musical Composition | Whiskey Girl |
| Line 3 | Writer(s) | Scott Emerick, Toby Keith |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Big Yellow Dog, LLC d/b/a Big Yellow Dog Music; Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 11/21/03 |
| Line 6 | Registration No(s). | PA 1-203-072 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |

| Line 1 | Claim No. | 26 |
|---|---|---|
| Line 2 | Musical Composition | Broken Road a/k/a The Broken Road |
| Line 3 | Writer(s) | Jeff Hanna; Marcus Hummon; Bobby Boyd |
| Line 4 | Publisher Plaintiff(s) | Jeffrey R. Hanna, an individual d/b/a Jeff Diggs Music; Careers-BMG Music Publishing, Inc. |
| Line 5 | Date(s) of Registration | 8/3/94 |
| Line 6 | Registration No(s). | PA 717-076 |
| Line 7 | Date(s) of Infringement | 3/11/05 |
| Line 8 | Place of Infringement | The Barn |