**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BROADCAST MUSIC, INC.,
BEECHWOOD MUSIC CORPORATION,
UNIVERSAL-SONGS OF POLYGRAM
INTERNATIONAL, INC., SONY/ATV
SONGS LLC, d/b/a Sony/ATV Acuff Rose
Music, BOCEPHUS MUSIC, INC.,
SONY/ATV SONGS LLC d/b/a Sony/ATV
Tree Publishing, UNIVERSAL-DUCHESS
MUSIC CORPORATION, EMI VIRGIN
SONGS, INC., ABKCO MUSIC, INC.,
RONDOR MUSIC INTERNATIONAL
INC., SONY/ATV SONGS LLC, MANN
AND WEIL SONGS, INC., GLITTERFISH
MUSIC, INC., MOSAIC MUSIC
PUBLISHING LLC, WARNER-
TAMERLANE PUBLISHING CORP.,
ELEKSYLUM MUSIC, INC., NO
SURRENDER MUSIC, STEPHANIE
NICKS, HAROLD L. BYNUM, COMBINE
MUSIC, CORP., FANTASY, INC., STEVE
HARWELL, GREGORY CAMP, PAUL
DELISLE, KEVIN IANELLO, BRUCE
BEN ROBINSON, CARNIVAL MUSIC
COMPANY, TENNESSEE
CORPORATION, MARK EUGENE
NESLER, TOM C. SHAPIRO, BIG
YELLOW DOG, LLC., TOBY KEITH
COVEL, JEFFREY R. HANNA, and
CAREERS-BMG MUSIC PUBLISHING,

       **Plaintiffs,**

-vs-                    **Case No.  6:05-cv-1487-Orl-31KRS**

THOMAS WETHERALD d/b/a The Barn,

       **Defendant.**
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR DEFAULT AGAINST THOMAS WETHERALD D/B/A THE BARN BY ALL PLAINTIFFS (Doc. No. 11)**
>
> **FILED:** December 23, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

There is no return of service filed in this case. It appears that the return of service was inappropriately filed under the Tampa Division case number after that case was closed. Plaintiffs are directed to file a return of service indicating that the complaint in this case has been properly served.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties