# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BROADCAST MUSIC, INC., et al.,**

      **Plaintiffs,**

**-vs-**                                                     **Case No.  6:05-cv-1487-Orl-31KRS**

**THOMAS WETHERALD d/b/a The Barn,**

      **Defendant.**

_____

## DEFAULT JUDGMENT

Upon consideration of the Motion for Default Judgment (Doc. 19), it is

**ORDERED** that:

1. Plaintiffs' Motion for Default Judgment against Defendant Thomas Etherald an individual d/b/a The Barn, is GRANTED.

2. Plaintiffs shall recover from Defendant Thomas Etherald an individual d/b/a The Barn statutory damages in the amount of $1,000 for each of the twenty-six (26) musical compositions, for a total of $26,000, pursuant to 17 U.S.C. Section 504(c)(1).

3. Plaintiffs shall recover from Defendant Thomas Etherald an individual d/b/a The Barn full costs in this action, including reasonable attorney's fees in the amount of $3,139, pursuant to 17 U.S.C. Section 505.

4. Plaintiffs shall recover from Defendant Thomas Etherald an individual d/b/a The Barn legal interest on the full amount of this judgment, from the date of this judgment.

     5.     Defendant Thomas Etherald an individual d/b/a The Barn and his agents, servants, employees and all persons acting under his permission or authority are permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

     6.     This Court shall retain jurisdiction over this action for the purpose of enforcing this judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 3, 2006.

                                       GREGORY A. PRESNELL
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party